# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132856

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 132856
                                        COA: 274138
                                        Genesee CC: 05-016395-FC

KATHY O'NEILL PHANEUF,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 5, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the sentence of the Genesee Circuit Court, and we REMAND this case to the trial court for resentencing. The initial sentence of 18 years to life was invalid, MCL 769.9(2), and the trial court erroneously resentenced defendant when she was not present. *People v Mallory*, 421 Mich 229, 247 (1984). See also MCL 768.3; MCR 6.425(E).

      We do not retain jurisdiction.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2007
                                            Clerk

d0516